IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
DEC 2 4 2013
CHRIS R. JOHNSON, Clerk
By
_____
Deputy Clerk

| | |
|---|---|
| KIMBERLY STOWE GREEN, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HER LATE HUSBAND, RICKY WAYNE GREEN, AND AS NEXT FRIEND OF HER MINOR SON ALEXANDER MICHAEL GREEN, AND THE ADULT SON ANDREW EVAN GREEN, § § § § § § § § § § § | |
| PLAINTIFFS, § | CIVIL NO. 13-5306   ⓟ KH |
| § | |
| VS. § | |
| § | |
| UNITED STATES OF AMERICA AND VINCENT BRIAN RUNNELS, M.D., § § § | |
| DEFENDANTS. § | |

<u>PLAINTIFFS' ORIGINAL COMPLAINT</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PLAINTIFFS KIMBERLY STOWE GREEN, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HER LATE HUSBAND, RICKY WAYNE GREEN, AND AS NEXT FRIEND OF HER MINOR SON ALEXANDER MICHAEL GREEN, AND THE ADULT SON ANDREW EVAN GREEN, complaining of and against Defendants UNITED STATES OF AMERICA and VINCENT BRIAN RUNNELS, M.D., and for causes of action would respectfully show unto the Honorable Court the following:

## I.

### SUMMARY

This is a medical negligence case brought by the estate and family survivors of the military veteran Ricky Wayne Green against the Veteran's Administration (via the United States of

America), and its doctor Vincent Brian Runnels, M.D., based upon the over-prescription of opioid pain and sleeping medications which caused an accidental overdose and the premature and untimely death of Ricky Wayne Green at 43 years of age on October 29, 2011. The United States Department of Veteran's Affairs issued its denial letter on October 3, 2013. On October 10, 2013, Kimberly Green, the surviving spouse of Ricky Wayne Green, testified before the Subcommittee on Health, House Committee on Veterans' Affairs, United States House of Representatives at a hearing entitled "Between Peril and Promise: Facing the Dangers of the VA's Skyrocketing Use of Prescription Painkillers to Treat Veterans." Her story has also appeared nationally on the CBS Evening News.

## II.

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff KIMBERLY STOWE GREEN is a resident of Sebastian County, Arkansas.

2. Ricky Wayne Green at the time of his death was a resident of Sebastian County, Arkansas. An estate has been set up for Ricky Wayne Green and the ESTATE OF RICKY WAYNE GREEN is the Plaintiff in this lawsuit.

3. Plaintiff ALEXANDER MICHAEL GREEN is a resident of Sebastian County, Arkansas.

4. Plaintiff ANDREW EVAN GREEN is a resident of Sebastian County, Arkansas.

5. This matter arose out of medical malpractice which occurred in Fayetteville, Washington County, Arkansas.

6. Defendant UNITED STATES OF AMERICA may be served, pursuant to FED. R. CIV. P. 4(i), by delivering a copy of the Summons and the Original Complaint to the United States Attorney for the Western District of Arkansas, Fayetteville Division and the Attorney General of the United States.

7. Defendant VINCENT BRIAN RUNNELS, M.D. is a medical doctor working for the Veteran's Administration. He may be served, pursuant to Fed. R. Civ. P. 4(i), by delivering a copy of the Summons and the Original Complaint to him at office address of 2396 Crossover Road, Fayetteville, Arkansas 72703.

8. This action against the UNITED STATES OF AMERICA and its medical doctor VINCENT BRIAN RUNNELS, M.D. arises under the Federal Tort Claims Act, and this Honorable Court has jurisdiction pursuant to 28 U.S.C. §§ 1346(b) and 1367.

9. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e), as the United States of America is a Defendant and a substantial part of the events or omissions giving rise to the claim occurred in this district.

## III.

## STATEMENT OF FACTS

10. On April 19, 1999, Ricky Wayne Green ("Mr. Green") underwent a right L4-5 partial hemilaminectomy and discectomy.

11. On December 1, 2010, Mr. Green retired from his reserve status from the Department of the Army as a Sergeant First Class.

12. On December 15, 2010, according to Veteran's Administration ("VA") records, Vincent Brian Runnels, M.D., prescribed for Mr. Green Hydrocodone and Acetaminophen.

13. On February 25, 2011, according to VA records, an overnight sleep study was conducted for Mr. Green. The assessment was moderate obstructive sleep apnea.

14. On March 14, 2011, according to VA records, an AutoCPAP was contraindicated for Mr. Green due to the severity of his obstructive sleep apnea and hypoxia (74% SaO2) during

REM stage of sleep. It was noted that a second CPAP titration sleep study would need to be requested and scheduled.

15. On April 5, 2011, Mr. Green visited the VA Emergency Room for low back pain. He was given Torodol and Depomedrol and advised to follow up with his Primary Care Physician ("PCP").

16. On April 9, 2011, Mr. Green visited the VA Emergency Room for low back pain and spasms down his left leg. He was given Torodol 60 mg. Flexeril 10 mg pot id prn was added. He was advised to see his PCP on Monday.

17. On April 12, 2011, Mr. Green reported as a new patient to Northwest Arkansas Neuroscience Institute and saw Barry Katz, M.D. The chart notes indicated Mr. Green was being seen for an initial evaluation of neck pain which occurred without any known injury. Under Active Problems, it was listed Hypertension and Neck Pain. Under Surgical History, it was listed Lower Back Surgery. The Current Meds were set forth as Amlodipine Besylate 10 mg, Gabapentin 300 mg Oral Capsule, Hydrochlorothiazide 25 mg, Hydrocodone-Acetaminophen 5-500 mg; Lisinopril 20 mg; Lodine 300 mg; and Tramadol HCl 50 mg. The Plan states: "We have elected to go ahead with Anterior Cervical Discectomy and fusion w/instrumentation."

18. On May 9, 2011, Mr. Green reported to NANI and saw Larry Armstrong, M.D. The Diagnosis was Cervical Spine Stenosis, Cervical Spondylosis. The chart notes indicate "Scheduling Anterior Cervical Discectomy and Fusion w/Instrumentation." Current Medications were listed as Amlodipine Besylate 10 mg, Gabapentin 300 mg Oral Capsule, Hydrochlorothiazide 25 mg, Hydrocodone-Acetaminophen 5-500 mg, Lisinopril 20 mg, Lodine 300 mg, Tramadol HCl 50 mg.

19. On May 10, 2011, an Anterior Cervical Fusion Surgery performed at Washington Regional Medical Center by Larry Armstrong, D.O. on Mr. Green.

20. On May 11, 2011, Mr. Green was discharged from Washington Regional Medical Center by Dr. Armstrong. The Medication Instructions were to continue with the following medications: Amlodipine 10 mg daily, Gabapentin 300 mg 3 x daily, Hydrochlorothiazide 12.5 mg daily, Lisinopril 20 mgs daily, Tramadol 100 mg every 6 hours as needed for pain, and Zolpidem 10 mg daily. New Prescriptions were Acetaminophen-hydrocodone 10-500 1-2 tabs q 4-6 as needed for pain, Diazepam (valium) 5 mg 3 x daily as needed for muscle spasm. The medication Acetaminophen-hydrocodone 500mg-5mg was discontinued.

21. On June 22, 2011, Mr. Green went to see Dr. Armstrong at NANI for a post-op visit. Patient was noted as progressing slowly. Current Medications were listed as: Amlodipine 10 mg, Gabapentin 300 mg, Hydrochlorothiazide 25 mg, Hydrocodone-Acetaminphen 5-500 mg, Lisinopril 20 mg, Lodine 300 mg, Tramadol HCI 50 mg.

22. On September 20, 2011, Mr. Green visited the VA for a second level evaluation. His Current Medications were listed as Citalopram 20 mg tab daily, Gabapentin 300 mg tid, Etodolac 300 mg bid, HCTZ 12.5 mg daily, Amlodipine 10 mg daily, Lisinopril 20 mg daily, Hydrocodone 5/500 qid prn, Tramadol 100 mg qid prn, Zolpiden 10 mg at bedtime, and Diazepam 10 mg tid

23. On September 21, 2011, Mr. Green visited Dr. Armstrong at NANI. Multiple issues were addressed including pain in the back of the head, back pain, numbness to outer toes, and numbness to feet. The Plan set forth was "Posterior Lumbar lateral fusion w/Instrumentation."

24. On September 22, 2011, Mr. Green visited the VA for a Psychiatry Evaluation due to his pain and depression. His Active Outpatient Medications were listed as Amlodipine 10 mg tab once daily (for blood pressure), Citalopram 40 mg tab 1/2 at bedtime (for depression), Diazepam 10 mg tab 3 x daily (per Dr. Armstrong - Post Op RX), Etodolac 300 mg cap 2 x daily (for pain), Gabapentin 300 mg 3 x daily (for pain), Hydrochlorothiazide 25 mg tab 1/2 daily (for blood pressure), Hydrocodone 5mg/Acetamin, 500 mg 1 tab 4 x daily as needed (for pain), Lisinopril 20 mg tab a daily (for blood pressure), Tramadol 50 mg 2 tabs 2 x daily (for pain), and Zolpiden 10 mg 1 time night (for sleep). Mr. Green discussed his service time in the Gulf War on this visit.

25. On September 26, 2011, Mr. Green visited the VA, to see Social Worker Karen Pardue, who performed a Traumatic Brain Injury (TBI) Assessment. It was noted in the records: "Drugs: Inappropriate use of Prescription medications: Yes. Elaboration regarding use: doesn't take everything that is prescribed." Mr. Green acknowledged at this visit that he took a lot of medications and stated he would like to not take so many. He also reported significant pain and inability to sleep.

26. On October 25, 2011, Lumbar Spine surgery was performed by Dr. Armstrong on Mr. Green at Washington Regional Medical Center in Fayetteville. Expected hospital stay was noted as 3-5 days.

27. On October 26, 2011, despite the expected hospital stay of 3-5 days, Mr. Green was discharged from WRMC. The Discharge Instructions from WRMC were provided by Dr. Armstrong. These were signed off on by Mr. Green. Jamie Hunt, R.N. also signed. The following appears in the medical records:

"MEDICATION LIST Below is the list of your New, Continued and Discontinued medications. If medications are not listed under a specific heading then there have been no changes made for that section.

**Continue These Medications:**
acetaminophen-hydrocodone (acetaminophen-hydrocodone 750 mg-10 mg oral tablet) 1 tab(s) Oral every 4 hours as needed for pain.
amlodipine (amlodipine 10 mg oral tablet) 10 mg Oral every day
diazepam (diazepam 5 mg oral tablet) 5 mg oral 3 times a day as needed for muscle spasms
gabapentin (gabapentin 300 mg oral tablet) Oral 3 times a day
hydrochlorothiazide (hydrochlorothiazide 12.5 mg oral table) 12.5 mg Oral every day
lisinopril (lisinopril 20 mg oral table) 20 mg Oral every day
sertraline (Zoloft 100mg oral tablet) 100mg Oral once a day (in the morning)
zolpidem (zolpidem 10 mg oral tablet) 1 tab(s) Oral once a day (at bedtime as needed for sleep)"

28. On October 26, 2011, in the VA medical records, there is the following recorded information. Patient discharged from Washington Regional. Patient Instructions form indicates Dr. Armstrong discharged. The information below is included:

Follow-up in 10-14 days
Medication Instructions:
Continue these:
Acetaminophen-hydrocodone 750 mg-10 mg t tab every 4 hours as needed for pain.
Amlodipine 10 mg tab once daily
Diazepam 5 mg 3 x daily as needed for muscle spasms
Etodolac 300 mg cap 2 x daily
Gabapentin 300 mg 3 x daily
Hydrochlorothiazide 12.5 mg daily
Lisinopril 20 mg tab a daily
Sertraline (Zoloft) 100 mg daily
Zolpidem 10 mg 1 tab at bedtime
Prescription leaflets, if any, will display below. NONE LISTED.
Prescriptions: …you can receive up to 2 refills of pain medication during the post operative time. If you need a refill, call our office and allow 24 hours for your refill to be called in to your pharmacy.

29. On this day, October 26, 2011, Mr. Green visited the VA to have his medications reviewed. There is in the VA records a Medication Management Note by Dr. Runnels.

The Note states:

"LOCAL TITLE: MEDICATION RECONCILIATION (PROVIDER)
STANDARD TITLE: MEDICATION MGT NOTE
DATE OF NOTE: OCT 26,2011@14:32:32 ENTRY DATE: OCT. 26, 2011@14:32:31
AUTHOR: RUNNELS, VINCENT B  EXP COSIGNER:
URGENCY:    STATUS: COMPLETED


The following list of medications is the result of review of medications with the patient.

-Current medications including revisions were reviewed with the patient and/or family or significant other.

-Opportunity was given for questions and understanding was obtained regarding the following: medication name, type, and reason for medication, how to administer the medication, including process time, route and dose.

--The patient was instructed to carry medication information at all times in the event of emergency situations.

Active Outpatient Medications (excluding Supplies):

Active Outpatient Medications
===========================================================================
1) AMLODIPINE 10MG TAKE ONE TABLET BY MOUTH ONCE DAILY – DO NOT TAKE WITH GRAPEFRUIT JUICE – FOR BLOOD PRESSURE
2) DIAZEPAM 10 MG TAKE ONE TABLET BY MOUTH THREE TIMES DAILY FOR SPASMS – PER DR. ARMSTRONG – POST OP RX
3) ETODOLAC 300 MG CAP TAKE ONE CAPSULE BY MOUTH TWICE DAILY AT LUNCH AND BEDTIME WITH FOOD FOR PAIN
4) GABAPENTIN 300 MG CAP TAKE ONE CAPSULE BY MOUTH THREE TIMES DAILY – (MAY CAUSE DROWSINESS) FOR PAIN
5) HYDROCHLOROTHIAZIDE 25MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR BLOOD PRESSURE – FLUID FOR BLOOD PRESSURE
6) HYDROCODONE 5MG/ACETAMIN. 500 MG TAKE 1 TAB (5/500) BY MOUTH FOUR TIMES DAILY AS NEEDED
7) LISINOPRIL 20 MG TAB TAKE ONE TABLET BY MOUTH EVERY MORNING FOR BLOOD PRESSURE
8) SERTRALINE 100 MG TAB TAKE ONE-HALF BY MOUTH EVERY MORNING FOR 6 DAYS, THEN TAKE ONE TABLET EVERY MORNING
9) TRAMADOL 50 MG TAB TAKE TWO TABLETS BY MOUTH 4 TIMES DAILY AS NEEDED FOR SEVERE PAIN—MAY CAUSE DROWSINESS—DO NOT TAKE AND DRIVE.

> 10) ZOLPIDEM 10 MG TAB TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED-POTENTIAL FOR SLEEP WALKING-MAY CAUSE DROWSINESS-DO NOT TAKE AND DRIVE ** SLEEP
>
> Pending Outpatient Medications
> ==========================================================
> 1) DIAZEPAM 5 MG TAB TAKE ONE TABLET BY MOUTH THREE TIMES DAILY AS NEEDED – MAY CAUSE DROWSINESS – DO NOT TAKE & DRIVE **
>
> "Pending Outpatient Medications" indicates new, revised or renewed medications.
>
> Active Non-VA Medications –indicates any medications obtained through sources other than the Fayetteville VAMC, including over-the-counter medications and medications prescribed by non-VA providers or providers at other VA Medical Centers.
>
> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
>
> PATIENT IMMUNIZATIONS:
> SEP 22, 2011 FLU,3 YRS
> APR 2010 FLU,3 YRS
>
> /es/VINCENT B RUNNELS, MD
> STAFF NEUROSURGEON, SURGICAL SERVICE
> Signed 10/26/2011 14:32"

30. Not listed in the above Note from the VA, is that also on October 26, 2011, Dr. Runnels prescribed, and this prescription was filled at the VA pharmacy on the same day, Oxycodone HCL 5MG Tab. The prescription stated "TAKE TWO TABLETS BY MOUTH EVERY 4 HOURS AS NEEDED (MAY TAKE 2-4 TABLETS AS NEEDED) FOR SEVERE PAIN * * MAY CAUSE DROWSINESS – DO NOT TAKE & DRIVE **. This high dosage of Oxycodone was an important component in the mix of drugs that killed Mr. Green.

31. On October 29, 2011, Mr. Green died while in his sleep due to the lethal cocktail of drugs provided to him by the Defendants herein.

32. The Arkansas State Crime Laboratory, Medical Examiner Division, Medical Examiner Report, dated October 31, 2011, and signed by, among others, Deputy Chief Medical Examiner Stephen A. Erickson, M.D., explains the death as follows in the <u>Conclusions</u> section at the front of the report: "CAUSE OF DEATH: Mixed Drug Intoxication Complicating recent Lumbar Spine Surgery.  CONTRIBUTORY CAUSE: Sleep Apnea.  MANNER OF DEATH: Accident." The bases for the prior conclusions were set forth in detail in the <u>Opinion</u> section of the report:

"In consideration of the circumstances of the death and after autopsy of the body, it is our opinion that Ricky Green, a 43-year-old male, died of mixed drug intoxication complicating recent lumbar spine surgery. A significant contributing factor in his death was sleep apnea.  The agencies responsible for the investigation of his death were the Sebastian County Sheriff's Office and the Sebastian County Coroner's Office.  They reported that he had lumbar back surgery approximately four days prior to his death. Besides spinal osteoarthritis, he had additional medical history of hypertension and sleep apnea.  He was last seen alive at approximately 10:00 PM, and one hour and forty-five minutes later he was found unresponsive.  He was transported to a local medical center where he was pronounced deceased.

At autopsy, the body habitus was obese.  Old cervical spine fixation changes were present, as well as changes of recent lumbar back surgery.  No distinct complications of the surgical area on the back were noted.  The heart was enlarged, with microscopic changes consistent with the history of hypertensive cardiovascular disease.  The liver and spleen were physiologically enlarged, although the liver showed significant fatty change upon microscopic examination.  Toxicological studies showed the presence of atropine given during hospital resuscitation. In addition, a trace amount of bupivacaine was present. This is a local anesthetic and this trace amount may have been a remnant from the recent back surgery. Sertraline, an antidepressant medication, was present at therapeutic doses. Temazepam, a benzodiazepine sedative, was present at therapeutic or less levels. Diazepam and its metabolite nordiazepam, benzodiazepine class sedative minor tranquilizers, were present at a therapeutic level. Oxycodone, a narcotic opioid analgesic, was present at greater than therapeutic levels, levels noted by some literature sources as being in a toxic range.

In summary, the combination of the two benzodiazepines and the opioid narcotic would have produced a significant state of analgesia, sedation, and respiratory depression. Sleep apnea is considered a contributing factor, as the effect of the combination of these three drugs would reduce respiratory air hunger needed to overcome apneic events.

Because the opioid narcotic was prescribed for recent lumbar back surgery, the surgery is included in the stylization of the cause of death."

## IV.

## CAUSE OF ACTION AGAINST THE UNITED STATES OF AMERICA

## AND VINCENT BRIAN RUNNELS, M.D.

## COUNT I

## NEGLIGENCE AND GROSS NEGLIGENCE

33. Plaintiff refers to and incorporates by reference the allegations of paragraphs 1 through 32.

34. The Defendants set forth herein, including their physicians and staff where appropriate, contributed to the death of Ricky Wayne Green through their negligent and grossly negligent acts and omissions.

35. The premature and untimely wrongful death of Ricky Wayne Green involved, among other things, a mixed drug intoxication death contributed to by sleep apnea, and fatty liver disease. The claims asserted herein against the Defendants include:

(1) negligent and grossly negligent prescribing, dispensing, monitoring and/or paying for a combinations of drugs – including, but not limited to, Temazepam, Diazepam, Oxycodone Sertraline, Hydrocodone and Zolpidem – that resulted in respiratory depression and death for Ricky Wayne Green after lumbar spine surgery;

(2) failure to properly coordinate care and treatment of this veteran for his known health conditions including, but not limited to, negligent monitoring of health conditions, negligent monitoring of medications, and negligent oversight of hospitalization stays;

(3) negligent and grossly negligent case management, care coordination, utilization review and utilization management; and

(5) failure to apply drug safety protocols and policies and procedures.

36. The above negligent and grossly negligent acts and/or omissions were a direct and proximate cause of the premature and untimely wrongful death of Ricky Wayne Green.

37. The damages herein include pain and suffering, medical bills, loss of consortium, loss of earnings capacity, mental anguish, reasonable and necessary funeral expenses, and all other compensation and damages to which the claimants are legally entitled at law and/or in equity.

## COUNT II

## WRONGFUL DEATH AND SURVIVAL ACTIONS

38. Plaintiff refers to and incorporates by reference the allegations of paragraphs 1 through 37.

39. The Defendants, through their negligence and gross negligence, were substantial factors in the untimely, premature and wrongful death of Ricky Wayne Green.

40. The Estate of Ricky Wayne Green has incurred damages as set forth above.

41. The surviving spouse of Mr. Green, Kimberly Stowe Green, and his surviving children, Alexander Michael Green and Andrew Evan Green, have suffered damages in the form of, loss of consortium, loss of benefits, loss of inheritance, loss of support, mental anguish, reasonable and necessary funeral expenses, and all other compensation and damages to which the claimants are legally entitled at law and/or in equity.

V.

**PRAYER FOR RELIEF**

42. That as a direct and proximate result of the negligence and gross negligence of the Defendants, as aforesaid, the Plaintiffs, have suffered personal injuries and damages as set forth above.

43. Plaintiffs are entitled to be compensated for pain and suffering, medical bills, loss of consortium, loss of benefits, loss of support, loss of inheritance, loss of earnings capacity, mental anguish, reasonable and necessary funeral expenses, and all other compensation and damages to which the claimants are legally entitled at law and/or in equity.

44. Plaintiff demands trial by jury.

45. WHEREFORE, PREMISES CONSIDERED, the Plaintiffs pray for damages against the Defendants herein, UNITED STATES OF AMERICA and VINCENT BRIAN RUNNELS, M.D., jointly and severally, in an amount in excess of the minimum jurisdictional limits of this Honorable Court; for their costs; and for any and all other relief to which this Honorable Court may find them entitled.

Respectfully submitted:

THE POWELL LAW FIRM

By: _____
Jon Powell
Texas State Bar No. 00797260
Admitted in Western and Eastern Districts of Arkansas
Federal Courts on December 10, 2013
115 E. Travis, Suite 535
San Antonio, Texas 78205
Phone: (210) 225-9300
Fax. (210) 225-9301
**ATTORNEYS FOR PLAINTIFFS**