IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KIMBERLY STOWE GREEN, INDIVIDUALLY
AND AS SPECIAL ADMINISTRATOR OF THE
ESTATE OF HER LATE HUSBAND,
RICKY WAYNE GREEN, AND AS NEXT FRIEND
OF HER MINOR SON ALEXANDER MICHAEL
GREEN, AND THE ADULT SON ANDREW EVAN GREEN,

    Plaintiffs,

v.                                  Civil No. 13-cv-05306

UNITED STATES OF AMERICA

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have entered into a settlement agreement. Accordingly, it is hereby ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED on this 20th day of October, 2015.

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 2 0 2015

DOUGLAS F. YOUNG, Clerk
By
    Deputy Clerk

HONORABLE TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE